# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **FERNANDO SOTO D/B/A WIXO INC.,** | § § § | |
| *Plaintiff,* | § § | |
| V. | § § § | CIVIL ACTION NO 6:24-cv-00413 |
| | § § | |
| **STATE AUTO MUTUAL INSURANCE COMPANY** | § § § | |
| *Defendant.* | | |

### Exhibit A
### INDEX OF MATTERS BEING FILED

In compliance with 28 U.S.C. § 1446(a), the following matters are filed with Defendant State Auto Mutual Insurance Company's Notice of Removal in the above-referenced action:

1. Notice of Removal, with the following exhibits attached:

    **Exhibit A**   Index of Matters Being Filed

    **Exhibit B**   Executed Process

    **Exhibit C**   Plaintiff's Original Petition

    **Exhibit D**   Defendant's Original Answer

    **Exhibit E**   State Court Docket Sheet

    **Exhibit F**   List of all Counsel of Record

    **Exhibit G**   Certificate of Formation

**EXHIBIT A**

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Clinton J. Wolbert*
       Clinton J. Wolbert
       State Bar No. 24103020
       Tillman Grogan IV
       State Bar No. 24116462
       910 Louisiana Street; Suite 4300
       Houston, Texas 77002
       Telephone: 713 626 1386
       Facsimile: 713 626 1388
       clinton.wolbert@phelps.com
       tillman.grogan@phelps.com

**ATTORNEYS FOR DEFENDANT STATE AUTO MUTUAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been served this 31st day of October 2024 to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Stephen P. Carrigan | *Vía Email: scarrigan@ccatriallaw.com* |
| David M. Anderson | *Vía Email: danderson@ccatriallaw.com* |
| **Carrigan & Anderson, PLLC** | |
| 101 N. Shoreline Blvd., Ste. 420 | |
| Corpus Christi, Texas 78401 | |
| [T]: 361-884-4433 | |
| *Attorneys for Plaintiff* | |


       /s/ *Clinton J. Wolbert*
       Clinton J. Wolbert